```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ COURTNEY J. LINN
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, CA 95814
 4 │ Telephone: (916) 554-2700
```




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:06-MC-00041-EJG-DAD |
| v. | STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $40,925.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $1,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Daniel Lopez Martinez ("Claimant"), by and through their respective attorney, as follows:

1. On or about January 23, 2006, Claimant filed a claim, in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the approximately $40,925.00 in U.S. Currency and approximately $1,000.00 in U.S. Currency (hereinafter collectively referred to as the "defendant currency"), which was seized on or about October 12, 2005.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to

all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 22, 2006, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an

///
///
///
///
///
///
///

2

indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 22, 2006.

DATED: 4/21/06                McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Courtney J. Linn
                              COURTNEY J. LINN
                              Assistant U.S. Attorney


DATE: 4/21/06                 /s/ Michael E. Platt
                              MICHAEL E. PLATT
                              Attorney for Claimant Daniel Lopez
                              Martinez

                              (Original signature retained by
                              attorney)


**IT IS SO ORDERED.**

DATE:  4/25/06                _____
                              UNITED STATES DISTRICT JUDGE

3