1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

FILED

MAY 22 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $40,925.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $1,000.00 IN U.S. CURRENCY,<br><br>Defendants. | 2:06-MC-00041-EJG-DAD<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

It is hereby stipulated by and between the United States of America and claimant Daniel Lopez Martinez ("Claimant"), by and through their respective attorney, as follows:

1. On or about January 23, 2006, Claimant filed a claim, in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the approximately $40,925.00 in U.S. Currency and approximately $1,000.00 in U.S. Currency (hereinafter collectively referred to as the "defendant currency"), which was seized on or about October 12, 2005.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to

1 | all known interested parties. The time has expired for any person
2 | to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),
3 | and no person other than the Claimant has filed a claim to the
4 | defendant currency as required by law in the administrative
5 | forfeiture proceeding.

6 |     3. Under 18 U.S.C. § 983(a)(3)(A), the United States is
7 | required to file a complaint for forfeiture against the defendant
8 | currency and/or to obtain an indictment alleging that the defendant
9 | currency is subject to forfeiture and take steps necessary to
10 | preserve its right to maintain custody of the property as provided
11 | in the applicable criminal forfeiture statute within 90 days after
12 | a claim has been filed in the administrative forfeiture
13 | proceedings, unless the court extends the deadline for good cause
14 | shown or by agreement of the parties.

15 |     4. By Stipulation and Order filed April 25, 2006, the parties
16 | stipulated to extend to May 22, 2006, the time in which the United
17 | States is required to file a civil complaint for forfeiture against
18 | the currency and/or to obtain an indictment alleging that the
19 | currency is subject to forfeiture.

20 |     5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
21 | by agreement to further extend to June 30, 2006, the time in which
22 | the United States is required to file a civil complaint for
23 | forfeiture against the currency and/or to obtain an indictment
24 | alleging that the currency is subject to forfeiture.

25 |     6. Accordingly, the parties agree that the deadline by which
26 | the United States shall be required to file a complaint for
27 | forfeiture against the defendant currency and/or to obtain an
28 |

1  indictment and take steps necessary to preserve its right to
2  maintain custody of the property as provided in the applicable
3  criminal forfeiture statute  alleging that the defendant currency
4  is subject to forfeiture shall be extended to June 30, 2006.

5  DATED: 5/19/06                McGREGOR W. SCOTT
                                 United States Attorney

7                                /s/ Courtney J. Linn
                                 COURTNEY J. LINN
8                                Assistant U.S. Attorney

10 DATE:5/17/06                  /s/ Michael E. Platt
                                 MICHAEL E. PLATT
11                               Attorney for Claimant Daniel Lopez
                                 Martinez
12
                                 (Original signature retained by
13                               attorney)

15     **IT IS SO ORDERED.**

17 DATE:   5/19/06               _____
                                 EDWARD J. GARCIA
18                               United States District Judge

3